

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL DUBINKA,<br><br>    Petitioner,<br><br>    v.<br><br>KATHY MENDOZA-POWERS, WARDEN,<br><br>    Respondent. | Case No. CV 08-02608 GPS (AN)<br><br>ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

    On April 21, 2008, petitioner Michael Dubinka ("Petitioner"), through his retained counsel, commenced this action by filing a petition for a writ of habeas corpus by a person in state custody pursuant to 28 U.S.C. § 2254. The action is transferred to the Eastern District of California for the following reason.

    The face of the petition establishes that Petitioner is a state prisoner confined at Avenal State Prison located in Avenal, California, where he is serving a prison sentence for a 1992 conviction of second-degree murder with a weapon enhancement that he sustained in the Los Angeles County Superior Court (case no. BA034954). However, Petitioner is not challenging his conviction and sentence. (Petition, at 2.) Instead, it plainly appears from the face of the petition that Petitioner is challenging the parole board's decision to deny him parole. (Petition, Attached Brief at 1-2.)

1  A state prisoner challenging the execution of his or her sentence must do so by way of a habeas petition brought pursuant to 28 U.S.C. § 2254, not 28 U.S.C. § 2241. *See White v. Lambert*, 370 F.3d 1002, 1004 (9th Cir. 2004). Venue for a habeas action is proper in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). When a habeas petition is directed to the petitioner's underlying conviction or sentence, the district court for the district in which the petitioner was convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, it generally is the practice of the district courts in California to transfer habeas actions questioning state convictions/sentences to the district in which the petitioner was convicted and sentenced. *See Laue v. Nelson*, 279 F.Supp. 265, 266 (N.D. Cal. 1968).

However, when as here, "the petition is directed to the manner in which a sentence is being executed, e.g., if it involves a claim relating to parole or time credits, the district of confinement is the preferable forum." *Russo v. Newland*, 2000 WL 194812, *1 (N.D. Cal.); *accord, In re Phelon*, 2002 WL 31618536, *1 (N.D. Cal.); *Thomas v. Hepburn*, 2001 WL 505916, *1 (N.D. Cal.); *McKnight v. Forman*, 1997 WL 50267, *1 (N.D. Cal.); *see also Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989) ("The proper forum to challenge the execution of a sentence is the district where the prisoner is confined."). Avenal State Prison is in Kings County, California, which is within the jurisdictional boundaries of the Eastern District of California. 28 U.S.C. § 84(b). Consequently, it appears that all of the important records relating to Petitioner's challenged parole decision are also located within that judicial district.

Based upon the foregoing, the reference to the Magistrate Judge is vacated. Further, pursuant to 28 U.S.C. §§ 1404(a) and 2241(d), and in furtherance of the interest of justice,

///
///
///

1    **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United
2    States District Court for the Eastern District of California.
3    **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this
4    Order upon Petitioner and upon the California Attorney General.

7    Dated: 4/30, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

10   Presented by:

Arthur Nakazato
United States Magistrate Judge

3

# NOTICE PARTY SERVICE LIST

Case No.  CV 08-02608 GPS (AN)     Case Title  Michael Dubinka v. Kathy Mendoza-Powers

Title of Document  Order Transferring Action to the USDC for the Eastern District of California

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|
| Name: | Office of the Attorney General |
| Firm: | Head of the Criminal Division |
| Address (include suite or floor): | CA State Dept of Justice |
| 300 South Spring Street, Suite 500 | |
| Los Angeles, CA 90013 | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| **JUDGE / MAGISTRATE JUDGE (list below):** |
|---|
| |
| |
| |

Initials of Deputy Clerk  mc